UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DIANNE ROGGE**,

    **Plaintiff,**

v.

**CITY OF BELLEVILLE, ILLINOIS, et al,**

    **Defendants.**                      No. 13-cv-796-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on Plaintiff's Motions to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered on December 19, 2013 (Doc. 18) and January 22, 2014 (Doc. 22) granting plaintiff's Motions to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                  BY:    /s/*Sara Jennings*
                                                 **Deputy Clerk**

Dated:   January 22, 2014

Digitally signed by David R. Herndon
Date: 2014.01.22 15:48:37 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT